**CONSENT TO BECOME A PARTY PLAINTIFF**

I hereby consent to join this lawsuit seeking unpaid overtime wages based on Albertsons Companies, Inc.'s alleged violations of the Fair Labor Standards Act, 29 U.S.C. Section 201, *et seq.*

I hereby designate Migliaccio & Rathod, LLP to represent me for all purposes of this action. I also designate the Named Plaintiff as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Brenda Green Johnson
_____
Full Legal Name (please PRINT clearly)

*Brenda Green Johnson*                    11/18/2021
_____          _____
Signature                                              Date

[redacted]