### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRENDA LEE GREEN JOHNSON<br>*Individually and on behalf of all others similarly situated*<br>           Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.<br>           Defendant. | Case No: 21-cv-01645-RGA |

### RULE 41 NOTICE OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Brenda Lee Green Johnson dismisses her claims without prejudice.

Date: January 11, 2022

Respectfully submitted,

*/s/ Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
**DELEEUW LAW LLC**
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
brad@deleeuwlaw.com

OF COUNSEL:
Nicholas A. Milgiaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, Ste. 302
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com